*Victor Levine* for appellant.
*Basil B. Aylesworth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: LEWIS, J.

ALICE A. JACKSON, Appellant, *v.* JOSEPH MARTIN, Respondent.

Argued May 15, 1947; decided May 29, 1947.

*William Dike Reed* and *Michael A. Hayes* for appellant.
*George J. Conway* and *George A. Garvey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

ROSE S. COLER, an Infant, by FANNIE S. COLER, Her Guardian ad Litem, Appellant, *v.* EVA W. COLER, Respondent, et al., Defendants. (Two Actions.)

Submitted May 13, 1947; decided May 29, 1947.